

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     Glenn Blair v. Angela McClinton

Appellate case number:   01-16-00431-CV

Trial court case number: 15-DCV-228828

Trial court:             505th District Court of Fort Bend County

    Appellant Glenn Blair's Motion to Withhold Issuing Final Mandate does not comply with Rule 18.2 of the Texas Rules of Appellate Procedure and therefore is **denied**.

Justice's signature: /s/ Jane Bland
                        Acting for the Court

Panel consists of: Justices Higley, Bland, and Brown

Date: September 13, 2018